UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In RE: Farmland Industries, Debtors
JP Morgan Trust Company, National
Association, as Trustee,

      Plaintiff,

vs.                                                Case No.  3:05-cv-587-J-32MCR

Potash Corporation of Saskatchewan, Inc.,

      Defendant.
_____/

## O R D E R

**THIS CAUSE** is before the Court on the Notice of Special Appearance of Non-Resident Attorneys (Doc. 151) filed July 30, 2007, which the Court shall construe as a Motion to Appear Pro Hac Vice.  Attorney, Kenneth S. Luchesi of the law firm Jones Day, seeks admission pro hac vice to represent Defendant in this matter.  Mr. Luchesi is licensed to practice in the state of Illinois and is a member in good standing of the United States District Court for the Northern District of Illinois.  Attorney, Rutledge R. Liles, of the law firm Liles, Gavin, Costantino & George, shall act as designated local counsel in this matter.

     Local Rule 2.02(a) of the Local Rules for the Middle District of Florida provides that, "the non-resident attorney shall pay a fee equal to the fee prescribed in Rule 2.01(d), and the written designation shall certify the non-resident attorney's payment of the fee."  Here, the motion indicates payment of the fee.

The Court would also note that any attorney who appears specially pursuant to Local Rule 2.02(a) or (b) is also deemed to be governed by, among other things, all Local Rules of the United States District Court, Middle District of Florida, and the Code of Professional Responsibility that sets forth the proper professional behavior of members of the Florida Bar.  The Local Rules are available for review on the public website for the Middle District Court of Florida at www.flmd.uscourts.gov and may be obtained from the Clerk's Office.  The parties may want to pay particular attention to Local Rule 3.01(g), which requires a moving party to confer with opposing counsel prior to filing most motions and to advise the Court whether counsel agree on the resolution of the motion.[1]

Accordingly, after due consideration, it is

**ORDERED**:

1.	Attorney, Kenneth S. Luchesi's request to appear pro hac vice contained in the Notice of Special Appearance of Non-Resident Attorneys (Doc. 151) is **GRANTED**.

2.	Mr. Luchesi may appear specially as counsel for Defendant in this cause in accordance with Local Rule 2.02.

---

[1] The instant motion does not contain the certificate required by Local Rule 3.01(g).  Any future motions not complying with Local Rule 3.01(g) will either be denied or stricken.

**DONE AND ORDERED** in Chambers in Jacksonville, Florida this  1st  day of August, 2007.

*Monte C. Richardson*
MONTE C. RICHARDSON
UNITED STATES MAGISTRATE JUDGE

Copies to:

Counsel of Record